1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, CA Bar #258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  SUSAN TOMSHA-MIGUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00153 LJO-SKO-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE; ORDER |
| v. | ) | |
| SUSAN TOMSHA-MIGUEL, | ) | Date: October 1, 2012 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Dept: The Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the filing of defense motions for discovery in the above-captioned matter be continued from September 3, 2012 to September 4, 2012, with all dates and deadlines to remain the same.

The parties request this one-day extension because the defense deadline was inadvertently set for Labor Day, a federal holiday.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Respectfully submitted,

DATED: August 23, 2012          /s/ Barak Cohen
                                BARAK COHEN
                                Trial Attorney, Public Integrity Section,
                                U.S. Department of Justice
                                Attorneys for Plaintiff


                                DANIEL J. BRODERICK
                                Federal Defender


DATED: August 23, 2012          /s/ Jeremy S. Krotger
                                JEREMY S. KROGER
                                Staff Attorney
                                Attorneys for Defendant
                                Susan Tomsha-Miguel

**ORDER**

IT IS SO ORDERED.

**Dated:   August 23, 2012**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE