1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, CA Bar #258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  SUSAN TOMSHA-MIGUEL

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO.  1:12-cr-00153 LJO-SKO-1
                                    )
12                 Plaintiff,       )   STIPULATION TO CONTINUE MOTION
                                    )   HEARING;  ORDER
13        v.                        )
                                    )
14 SUSAN TOMSHA-MIGUEL,             )   Date:  November 5, 2012
                                    )   Time:  8:30 a.m.
15                 Defendant.       )   Dept:  The Hon. Lawrence J. O'Neill
   _____)

16

17        **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

18 respective attorneys of record herein, that the motion hearing currently set for October 1, 2012,

19 **may be continued to November 5, 2012, at 8:30 a.m.,** with all dates and deadlines to remain

20 the same.

21        The parties request this continuance because defendant's sister informed defense counsel

22 on September 21, 2012, that defendant suffered a heart attack and has been hospitalized.

23 According to her doctors, she is expected to recover sufficiently to attend a hearing on her

24 motion to dismiss in early November.  The requested continuance will conserve time and

25 resources for all parties and the Court.

26 / / /

27 / / /

28 / / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for good cause pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) for effective defense preparation.


                                                    Respectfully submitted,


DATED:  September 24, 2012                          /s/ Barak Cohen
                                                    BARAK COHEN
                                                    Trial Attorney, Public Integrity Section,
                                                    U.S. Department of Justice
                                                    Attorneys for Plaintiff


                                                    DANIEL J. BRODERICK
                                                    Federal Defender


DATED:  September 24, 2012                          /s/  Jeremy S. Krotger
                                                    JEREMY S. KROGER
                                                    Staff Attorney
                                                    Attorneys for Defendant
                                                    Susan Tomsha-Miguel


## ORDER

**IT IS SO ORDERED.**

DATED: September 24, 2012

                                                    /s/ Lawrence J. O'Neill
                                                    LAWRENCE J. O'NEILL, Judge
                                                    United States District Court