IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUSAN TOMSHA-MIGUEL,<br><br>　　　　Defendant.<br>_____/ | CASE NO. CR F 12-0153 LJO<br><br>**ORDER TO APPROVE GOVERNMENT'S PROPOSED PRE-TRIAL MOTIONS**<br><br>Hearing:　Date: February 19, 2013<br>　　　　　　Time: 1:30 p.m.<br>　　　　　　Dept.: 4 (LJO) |

　　　This Court has reviewed Assistant U.S. Attorney Barak Cohen's January 18, 2013 email request to file pretrial motions. On the basis of good cause, this Court:

　　　1.　APPROVES the Government's request to file pretrial motions;

　　　2.　ORDERS the Government, no later than February 4, 2013, to file its motion papers limited to no more than 20 pages in total, including exhibits and declarations;

　　　3.　ORDERS defendant, no later than February 11, 2013, to file papers to respond to the Government's motions; and

　　　4.　SETS a hearing on the Government's motions for February 19, 2013 at 1:30 p.m. in Department 4 (LJO).

　　　IT IS SO ORDERED.

Dated:　**January 18, 2013**　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE