IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN TOMSHA-MIGUEL,<br><br>    Defendant. | CASE NO. 1:12-CR-00153 LJO<br><br>DISCOVERY PROTECTIVE ORDER |

THIS MATTER COMING BEFORE THIS COURT on the United States' Motion for a Protective Order concerning the disclosure of certain Internal Revenue Service material to the defendants, in light of the confidential information which may be disclosed in the material, as well as information protected from public disclosure, the Government's motion is GRANTED, and IT IS HEREBY ORDERED that:

1.    Any and all discovery materials to be produced by the Government to the defendant shall be reviewed by only (i) the defendants, (ii) their attorneys of record, (iii) employees of those attorneys, (iv) a photocopying or data processing service to whom it is necessary that the defendants show the materials for the purposes of preparation, trial, direct appeal (if any), and collateral attack (if any) of this matter, (v) witnesses or potential witnesses, and (vi) experts or investigators assisting in the preparation, trial, direct appeal (if any), and collateral attack (if any) of this matter. The defendant shall not disclose the contents of any discovery material to be produced to any individual or entity except as provided herein, as agreed to by the parties, or as further ordered by the Court.

2.    The defendant shall use discovery materials and their contents to be produced by the Government solely for the preparation, trial, direct appeal (if any), and collateral attack (if any) of this matter and for no other purpose whatsoever. No additional copies of the discovery

materials shall be made except as necessary for those purposes. Before first disclosing such discovery material or its contents to any of the individuals or entities listed above, the defendant must give him or her a copy of this order, and he or she shall execute an agreement stating the following: "I hereby acknowledge that [name, position of employment], am about to receive information protected by the attached court order entered in the case of *United States v. Susan Tomsha-Miguel*, Criminal No. 1:12-cr-00153-LJO. I certify my understanding that such information is to be provided to me pursuant to the terms and restrictions of this court order. I have been given a copy of and have read this order and agree to be bound by its terms. I agree to submit to the jurisdiction of the United States District Court for the Eastern District of California for the sole purpose of having the terms of this order enforced." The original of such executed agreement as well as records regarding the identification of the information or documents provided shall be retained by the defendants until such time as all appeals in this matter are concluded. A knowing and willful violation of this protective order by the defendant, his attorney, or others may result in contempt of court proceedings or other civil or criminal sanctions.

3. The defendants and all other individuals or entities who receive materials in this case shall maintain all materials received from the government in a manner consistent with the terms of this protective order. Materials produced to the defense shall be marked by the Government as "UNDER PROTECTIVE ORDER - DO NOT DISCLOSE." Should the defendant include discovery materials or their contents in a pleading or other court filing, redactions shall be made to confidential information in that discovery material. "Confidential information" includes financial data, addresses, dates of birth, personal telephone numbers, and social security numbers.

4. The defendant may not use the disclosed information, including but not limited to the personal identifying information of third parties, to harass, intimidate, or coerce any individual whose personal identifying information is disclosed pursuant to this Order.

5. Within 60 days from the conclusion of these proceedings (if any) and any direct appeal (if any) from or collateral attack (if any) upon these proceedings, the discovery material to be disclosed by the Government and any duplicates made in the preparation, trial, and direct appeal (if any) of this matter shall be returned to the Government or destroyed by the defendant, unless the Court gives specific permission for an exception to this requirement.

6. This Order also applies to any and all individuals to whom the defendant (to include any and all of their attorneys and agents), pursuant to this Order, show or disclose the contents or substance of any material produced to them by the Government.

SO ORDERED this _8th_ day of __February_____ 2013.

/s/ Lawrence J. O'Neill _____
Hon. Lawrence J. O'Neill
United States District Judge